**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JOHN HAMPTON,

Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY, *et al.*,

Defendant.

Case No. 3:26-CV-00011-CLB

**ORDER GRANTING DEFENDANTS MOTION FOR WITHDRAW OF CONSENT TO MAGISTRATE JUDGE JURISDICTION**

[ECF No. 20]

Before the Court is Defendant Standard Fire Insurance Company's ("Standard Fire") unopposed motion to withdraw consent to have a Magistrate Judge oversee the case. (ECF No. 20.) On February 27, 2026, this case was referred to the undersigned Magistrate Judge on consent 28 U.S.C. § 636(c). (ECF No. 19.) However, based on the motion and the representations therein, it appears the reassignment of this case was made in error.[1]

**IT IS THEREFORE ORDERED** that the motion to withdraw consent to Magistrate Judge jurisdiction, (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk reassign a district court judge to preside over this matter.

**DATED**: March 12, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] It appears that submission of this case for reassignment on consent may have been the result of internal Court errors. It is unclear if the docket, including the minutes from the cases management conference on February 24, 2026, (ECF No. 16), were fully reviewed prior to submitting this case for reassignment. However, the undersigned intends to undertake an internal review to determine how this reassignment occurred and to take any necessary steps to ensure that any such error do not occur in the future.